■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE COLEMAN, Appellant. [851 NYS2d 897]— No opinion. Order filed. Concur—Nardelli, J.P., Williams, Sweeny and Catterson, JJ.